IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Washington, Bennie | Case Number: 07 B 16024 |
|---|---|---|
| | Washington, Danielle | Judge: Goldgar, A. Benjamin |
| | Printed: 11/25/08 | Filed: 9/1/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 14, 2008
Confirmed: January 29, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,014.81 | |
| Secured: | | 905.37 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,873.00 |
| Trustee Fee: | | 236.44 |
| Other Funds: | | 0.00 |
| Totals: | 4,014.81 | 4,014.81 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,873.00 | 2,873.00 |
| 2. | America's Wholesale Lenders | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | America's Wholesale Lenders | Secured | 372.00 | 24.59 |
| 5. | Countrywide Home Loans Inc. | Secured | 13,321.27 | 880.78 |
| 6. | Portfolio Recovery Associates | Unsecured | 110.96 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 21.28 | 0.00 |
| 8. | Capital One | Unsecured | 394.51 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 73.19 | 0.00 |
| 10. | Cavalry Portfolio Services | Unsecured | 54.37 | 0.00 |
| 11. | Triad Financial Services | Unsecured | 1,393.82 | 0.00 |
| 12. | RMI/MCSI | Unsecured | 70.00 | 0.00 |
| 13. | Allied Interstate | Unsecured | | No Claim Filed |
| 14. | GMAC Auto Financing | Unsecured | | No Claim Filed |
| 15. | Asset Acceptance | Unsecured | | No Claim Filed |
| 16. | Friedman's Jewelry | Unsecured | | No Claim Filed |
| 17. | AFNI | Unsecured | | No Claim Filed |
| 18. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 20. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 23. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 24. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 26. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Washington, Bennie  
Washington, Danielle  
Printed: 11/25/08

Case Number: 07 B 16024  
Judge: Goldgar, A. Benjamin  
Filed: 9/1/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Professional Account Management | Unsecured | | No Claim Filed |
| 28. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 29. | Sallie Mae | Unsecured | | No Claim Filed |
| 30. | RMI/MCSI | Unsecured | | No Claim Filed |
| 31. | Sallie Mae | Unsecured | | No Claim Filed |
| 32. | Nicor Gas | Unsecured | | No Claim Filed |
| 33. | Wells Fargo Bank | Unsecured | | No Claim Filed |
| 34. | Wells Fargo Bank | Unsecured | | No Claim Filed |
| 35. | Sallie Mae | Unsecured | | No Claim Filed |
| 36. | Unv Fidity | Unsecured | | No Claim Filed |
| | | | $ 18,684.40 | $ 3,778.37 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 120.44 |
| 6.5% | 116.00 |
| | $ 236.44 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

